IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| J.D.O.M, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26-cv-00436-RAH |
| | ) | |
| MASON BYNUM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Based on the matters discussed during the June 4, 2026, teleconference, it is **ORDERED** that to the extent the Court's Order prohibits Respondents from removing Petitioner from the Middle District of Alabama (doc. 9 at ¶ 4), it is **VACATED**. All other provisions in the Court's Order shall remain in effect.

It is further **ORDERED** that a telephone status conference is **SET** for June 5, 2026, at 10:00 AM (CT). The Courtroom Deputy will contact counsel with the call-in information.

**DONE** and **ORDERED** on this the 4th day of June 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE