IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| J.D.O.M, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26-cv-00436-RAH |
| | ) | |
| MASON BYNUM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Pending before the Court is Petitioner's Notice of Voluntary Dismissal (doc. 11), filed on June 5, 2026. Fed. R. Civ. P. 41(a)(1)(A)(i) permits voluntary dismissal "before the opposing party serves either an answer or a motion for summary judgment[.]" Under Fed. R. Civ. P. 41(a)(1)(B), such dismissal is "without prejudice." Because the notice of dismissal comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner's claims against the named Respondents have been dismissed by operation of Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** on this the 5th day of June 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE